59 A.3d 1084

TOMMIE H. TELFAIR, PLAINTIFF–PETITIONER, v. MICHAEL N. PEDICINI, DEFENDANT–RESPONDENT.

January 24, 2013.

A petition for certification of the judgment in A–000111–10 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied with costs; and it is further

ORDERED that the appeal filed in the within matter is dismissed pursuant to *Rule* 2:12–9.